TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00044-CV

Jim Hudson, Appellant

v.

State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 95-10614, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 We will dismiss this appeal. The trial court signed the judgment in this case on October
16, 1996. A motion for new trial was due within thirty days, or by November 15, 1996. See Tex. R. Civ.
P. 329b(a). The motion arrived on November 18, 1996. If the motion was mailed timely, the transcript
was due no more than 120 days after the judgment was signed. Tex. R. App. P. 54(a). No motion to
extend time to file the transcript appears in this Court's file. This Court received the transcript on April 10,
1997, 176 days after the judgment was signed. This Court's clerk informed the appellant of the lateness
of the transcript and invited response by May 1, 1997 explaining this lateness. The clerk has received no
response from appellant.

 This Court has no authority to consider a late-filed transcript; late filing of the transcript is
grounds for dismissal. Tex. R. App. P. 54(a). We dismiss the appeal. We also dismiss as moot the
appellee's motion to dismiss.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed

Filed: June 12, 1997

Do Not Publish